1 MICHELE BEAL BAGNERIS, City Attorney
    State Bar No. 115423
2 JAVAN N. RAD, Assistant City Attorney
    State Bar No. 209722
3 100 N. Garfield Avenue, Room N210
Pasadena, California 91101
4 (626) 744-4141

**JS - 6**

5 Attorneys for Defendants
CITY OF PASADENA, OFFICER CRISTIAN ALLEN
6 and OFFICER ALFREDO MAGALLON

UNITED STATES DISTRICT COURT

FOR THE FOR THE CENTRAL DISTRICT

| | |
|---|---|
| DHRUW KUMAR AND SHRUTI JHA, | CASE NO.: CV10-8361R (FMOx) |
| Plaintiffs, | |
| v. | JUDGMENT [Fed.R.Civ.P. 58(a)] |
| CITIBANK INC., CITY OF PASADENA, OFFICER ALLEN, an Individual; OFFICER JUNG, an Individual; and DOES 1 through 25, Inclusive, | Date: November 7, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8 (Spring Street)<br>Judge: Hon. Manuel L. Real |
| Defendants. | |

///

///

///

1
[PROPOSED] JUDGMENT

0000092817C031

The Court, having granted the Motion for Summary Judgment of defendants City of Pasadena, Officer Cristian Allen, and Officer Alfredo Magallon, now renders final judgment as to all claims against all parties.

IT IS ORDERED that judgment shall be entered against plaintiff Dhruw Kumar and in favor of defendant City of Pasadena, Officer Cristian Allen, and Officer Alfredo Magallon.

**IT IS SO ORDERED:**

Dated: November 28, 2011

_____
Hon. Manuel L. Real
United States District Judge

Presented by:

MICHELE BEAL BAGNERIS,
   City Attorney
JAVAN N. RAD,
   Assistant City Attorney


By: _____
     Javan N. Rad
     Assistant City Attorney

Attorneys for Defendants
CITY OF PASADENA AND OFFICERS
CRISTIAN ALLEN and ALFREDO MAGALLON